UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.: 2:24-cv-10913-MCS-MAA                           Date: September 17, 2025

Title:  Gerald Glenn Scott v. J. Hill

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   Order Regarding Petitioner's Opposition to Respondent's Motion to Dismiss (ECF No. 12)

On December 11, 2024, Petitioner Gerald Glenn Scott ("Petitioner"), acting *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 ("Petition"). (ECF No. 1.) On February 19, 2025, Petitioner paid the filing fee. (ECF No. 5.) On March 27, 2025, the Court ordered that a response to the Petition be filed. (ECF No. 6.)

On July 10, 2025, Respondent filed a Motion to Dismiss the Petition ("Motion"). (Mot., ECF No. 12.) On July 14, 2025, the Court ordered Petitioner to file and serve an Opposition to the Motion no later than August 13, 2025. (ECF No. 15.) To date, no opposition to the motion has been received.

Petitioner is therefore **ORDERED TO SHOW CAUSE** by **October 17, 2025** why the Court should not recommend that the Petition be dismissed for failure to file an Opposition to the Motion, failure to comply with Court orders, and failure to prosecute. If Petitioner files an Opposition to the Motion on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

**Petitioner is advised that failure to file an Opposition to the Motion may be construed as consent to the granting of the Motion and will result in a recommendation that the Petition be dismissed. *See* C.D. Cal. L.R. 7-12. Petitioner also is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or failure to comply with Court orders. *See* C.D. Cal. L.R. 41-1.**

It is so ordered.