**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERALD GLENN SCOTT,<br><br>                 Petitioner,<br><br>        v.<br><br>J. HILL, Warden,<br><br>                 Respondent. | Case No. 2:24-cv-10913-MCS-MAA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.

The time for filing objections has expired, and no objections have been made.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted; (2) Respondent's Motion to dismiss is granted, and (3) Judgment shall be entered denying the Petition and dismissing this action without prejudice.

DATED: January 16, 2026

_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE